Zieve, Brodnax & Steele, LLP
Erin M. McCartney, Esq. #308803
Mark S. Krause, Esq. #302735
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:      (714) 848-7920
Facsimile:  (714) 908-7807
Email:      bankruptcy@zbslaw.com

Attorneys for Secured Creditor, U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-2

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>Adam Kekoa Eberly,<br><br>        Debtor. | Case No.: 17-52272<br><br>Chapter: 13<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**Hearing:**<br><br>TPL |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, DEBTOR, DEBTOR'S ATTORNEY OF RECORD, CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:**

1

**PLEASE TAKE NOTICE** that Secured Creditor U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-2 hereby withdraws its Objection to Confirmation of Chapter 13 Plan ("Objection"), which was filed on November 3, 2017 and referenced as Docket No. 17. Said Objection is withdrawn without prejudice to file at a later date, if necessary and appropriate.

Dated: July 10, 2018                    Zieve, Brodnax & Steele, LLP

/s/ Erin M. McCartney
Erin M. McCartney, Esq.
Attorney for Secured Creditor,
U.S. Bank National Association, as Trustee for
Stanwich Mortgage Loan Trust, Series 2012-2

2

Case: 17-52272    Doc# 48    Filed: 07/10/18    Entered: 07/10/18 16:56:33    Page 2 of 2